John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 449-8300
Facsimile: (626) 449-4417
E-Mail: jb@JohnBurtonLaw.com

Attorneys for Plaintiff Larry Mathews Individually
and as Guardian ad Litem for A.M., a Minor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MATHEWS, Individually and as Guardian ad Litem for A. M., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HAWTHORNE, HAWTHORNE POLICE DEPARTMENT, CHIEF OF POLICE MICHAEL HEFFNER, OFFICERS VINCENT ARIAS, JR., SEAN GALINDO AND CHRISTINA CHIARELLO, and DOES 1 to 10,<br><br>Defendants. | Case No. CV09 06845<br><br>**COMPLAINT FOR DAMAGES AND CLASS ACTION COMPLAINT FOR EQUITABLE RELIEF:**<br><br>1.   42 U.S.C. § 1983 (individual)<br>2.   42 U.S.C. § 1983 (entity)<br>3.   42 U.S.C. §§ 12131 et seq.<br>4.   29 U.S.C. §§ 794 et seq.<br>5.   Cal. Gov't Code § 11135<br>6.   Cal. Civil Code §§ 51, 51.7, 52, 52.1 and 54<br><br>**DEMAND FOR JURY TRIAL** |

**JURISDICTION AND VENUE**

1.   This is a police misconduct action for damages pursuant to 42 U.S.C. § 1983, joined with claims for injunctive and declaratory relief under the Americans with Disability Act (ADA) and the Rehabilitation Act of 1973.

2.   The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331

- 1 -

COMPLAINT FOR DAMAGES AND CLASS