JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MATHEWS, etc., | Case No. CV 09-6845 DSF (AJWx) |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF HAWTHORNE, HAWTHORNE POLICE DEPARTMENT, CHIEF OF POLICE MICHAEL HEFFNER, OFFICERS VINCENT ARIAS, SEAN GALINDO AND CHRISTINA CHIARELLO, and DOES 1 to 10, | |
| Defendants. | |

**ORDER**

IT IS SO ORDERED THAT above-captioned matter be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties waive any right to seek costs and attorneys fees.

Dated: 11/9/10

_____
United States District Court Judge